USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC A. METHVIN, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

                    -against-

GEMINI SPACE STATION, INC., et al.,

                              Defendants.

---

26-CV-02261 (MMG)

**ORDER REGARDING
NOTICE TO PURPORTED
PLAINTIFF CLASS
MEMBERS**

MARGARET M. GARNETT, United States District Judge:

On March 18, 2026, Plaintiff filed a putative class action on behalf of "all persons and entities other than Defendants that purchased or otherwise acquired: (a) Gemini Class A common stock pursuant and/or traceable to the Offering Documents . . . issued in connection with the Company's initial public offering conducted on or about September 12, 2025 . . .; and/or Gemini securities between September 12, 2025 and February 16, 2026, both dates inclusive." Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, Rule 10b-5 promulgated thereunder, and Sections 11 and 15 of the Securities Act of 1933.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added); *see also* 15 U.S.C. § 77z-1(a)(3)(A).

It is hereby ORDERED that **no later than April 10, 2026**, Plaintiff shall advise the Court

in writing of the date and manner in which it published this notice.

Dated: March 20, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2