UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC A. METHVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>GEMINI SPACE STATION, INC., TYLER WINKLEVOSS, CAMERON WINKLEVOSS, DAN CHEN, MARSHALL BEARD, SACHIN JAITLY, JONATHAN DURHAM, JAMES ESPOSITO, and MARIA FILIPAKIS,<br><br>                Defendants. | Case No.  1:26-cv-02261-MMG<br><br>CLASS ACTION |

DECLARATION OF J. ALEXANDER HOOD II CONCERNING
SERVICE OF THE COURT'S ORDER DATED APRIL 14, 2026

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Marc A. Methvin, and have personal knowledge of the facts set forth herein.

2.      On April 14, 2026, the Court issued an Order (the "April 14 Order") that (1) set deadlines for motions for appointment of lead plaintiff and oppositions to such motions; (2) set a conference for June 8, 2026, at 9:30 am, to consider such motions and motions for consolidation; (3) directed Plaintiff to notify the Court if an amended complaint or a related case is filed prior to appointment of lead plaintiff, to do so within one week of the filing of that amended complaint and related case, to identify any differences between the allegations in the new complaint(s) and the original complaint, and to show cause why the Court should not order republication of notice under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(A), and set a new deadline for the filing of motions for appointment; and (4) directed Plaintiff to serve a copy of the Court's order on each of the Defendants and file proof of service on or before April 24, 2026.  See Dkt. No. 8.

3.      On April 22, 2026, Jeremy Allen-Arney, an attorney at Pomerantz, caused a copy of the April 14 Order to be served on counsel for Defendants by electronic mail.

4.      Attached hereto as an exhibit is a true and correct copy of the electronic mail that Jeremy Allen-Arney sent to counsel for Defendants, serving the April 14 Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 24, 2026.

/s/ J. Alexander Hood II
J. Alexander Hood II

1