**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GEMINI SPACE STATION, INC. SECURITIES LITIGATION | **Case No. 1:26-cv-02261**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MARSHALL BEARD AND DAN CHEN** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Co-Lead Plaintiffs Shenghe Zhao and Yang Qin, and Additional Plaintiff Marc A. Methvin (collectively, "Plaintiffs"), hereby voluntarily dismiss Defendants Marshall Beard and Dan Chen from this lawsuit without prejudice. These two Defendants have not served an answer or moved for summary judgment. The purported Class has not been certified. As such, Federal Rule of Civil Procedure 41 controls dismissal of Marshall Beard and Dan Chen.

Plaintiffs preserve all claims against the remaining Defendants in this action.

Dated: August 24, 2026

Respectfully submitted,

KAHN SWICK & FOTI, LLC
Kim E. Miller (KM-6996)
230 Park Avenue, 3rd Floor West
New York, NY 10169
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Craig J. Geraci, Jr.*
Matthew P. Woodard*
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

POMERANTZ LLP

*/s/ Genc Arifi*
Joshua B. Silverman (*pro hac vice*)
Genc Arifi (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
garifi@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Class and Counsel for Additional Named Plaintiff*

HAO & HAN LAW FIRM
Junbo Hao
12B05, Tower A

Ocean Express Building
Chaoyang District, Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Yang Qin*