**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Gemini Space Station, Inc. Securities Litigation | Case No. 1:26-cv-02261-MMG<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF AVI PERRY IN SUPPORT OF THE GEMINI DEFENDANTS' MOTION TO DISMISS**

Avi Perry, hereby declares pursuant 28 U.S.C. § 1746 that:

1. I am member in good standing of the Bar of this Court and am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendants Gemini Space Station, Inc. ("Gemini"), Tyler Winklevoss, Cameron Winklevoss, Sachin Jaitly, Jonathan Durham, James Esposito, and Maria Filipakis ("Gemini Defendants") in this action.

2. I submit this declaration in support of the Gemini Defendants' Concurrently Filed Motion to Dismiss the Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Gemini's Registration Statement on Form S-1/A, filed with the Securities and Exchange Commission ("SEC") on September 10, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a chart showing Gemini's (GEMI) stock price over the period from August 31, 2025 through February 28, 2026 and a table showing Gemini's stock price from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a chart showing Bitcoin's price in U.S. dollars (BTC-USD) over the period from August 31, 2025 through February 28, 2026

and a table showing Bitcoin's price in U.S. dollars from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an analyst report entitled "GEMI - Quick Take - 25% RIF, Streamlining is the Right & Necessary Move," published by Truist Securities on February 5, 2026.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of Gemini's November 10, 2025 Q3 2025 Earnings Call. Page numbers have been added to this document.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Gemini's press release entitled "Gemini Receives US License for Prediction Markets," released through Global Newswire on December 10, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Gemini's blog post entitled "Gemini Predictions Is Now Live," published on Gemini's website on December 15, 2025 and captured through Internet Archive's Wayback Machine as it existed on December 22, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a chart showing Ether's price in U.S. dollars (ETH-USD) over the period from August 31, 2025 through February 28, 2026 and a table showing Ether's price in U.S. dollars from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a chart showing Solana's price in U.S. dollars (SOL-USD) over the period from August 31, 2025 through February 28, 2026 and a table showing Solana's price in U.S. dollars from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a chart showing Coinbase Global, Inc.'s (COIN) stock price over the period from August 31, 2025 through

February 28, 2026 and a table showing Coinbase Global, Inc.'s stock price from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a chart showing Robinhood Markets, Inc.'s (HOOD) stock price over the period from August 31, 2025 through February 28, 2026 and a table showing Robinhood Markets, Inc.'s stock price from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a chart showing Bullish's (BLSH) stock price over the period from August 31, 2025 through February 28, 2026 and a table showing Bullish's stock price from February 2, 2026 through February 6, 2026, reflecting data from Yahoo Finance.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Gemini's Form 8-K, filed with the SEC on February 5, 2026. Page numbers have been added to this document.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a news article entitled "Coinbase cuts 14% of workforce, citing market slump and AI shift," published by Cointelegraph on May 5, 2026, available at https://cointelegraph.com/news/coinbase-cuts-14-of-workforce-citing-market-slump-and-ai-shift.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a news article entitled "Kraken cuts 150 staff amid AI efficiencies, potentially delaying IPO: Report" published by Cointelegraph on May 18, 2026, available at https://cointelegraph.com/news/kraken-parent-payward-cuts-150-staff-potentially-delaying-ipo-report.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Gemini's Form 8-K, filed with the SEC on February 17, 2026. Page numbers have been added to this document.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of Gemini's Q3 2025 Form 10-Q, filed with the SEC on November 10, 2025.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Gemini Intergalactic UK, Ltd.'s Annual Report and Financial Statements for the year ended 31 December 2023, filed with the government of the United Kingdom on November 19, 2024 and available at https://find-and-update.company-information.service.gov.uk/company/12471710/filing-history.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Gemini Payments UK, Ltd.'s Annual Report and Financial Statements for the year ended 31 December 2023, filed with the government of the United Kingdom on November 19, 2024 and available at https://find-and-update.company-information.service.gov.uk/company/11497305/filing-history.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Gemini's Form 8-K attaching Gemini's Q3 2025 Shareholder Letter, filed with the SEC on November 10, 2025.

WHEREFORE, I respectfully request that the Court grant the Gemini Defendants' motion to dismiss in its entirety and the dismiss the complaint in this action with prejudice.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed on this 20th day of October, 2026 in Washington, D.C.

*/s/ Avi Perry*
Avi Perry